**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

RAMON EDUARDO CASTELLANO-SUAREZ, )
                                   )
        **Petitioner,**            )
                                     )
**v.**                                    )        **Case No. CIV-26-700-PRW**
                                     )
**JOSHUA JOHNSON et al.,**         )
                                     )
        **Respondents.**       )

## ORDER

Currently before the Court is a Notice of Admission to Practice Before the Court and Motion to Waive Local Counsel Requirement filed by Lorena Villalon. *See* ECF No. 9. Having certified that counsel is familiar with this Court's local rules and has litigated a number of immigration habeas cases, the Court excuses counsel from this requirement. *See* LCvR83.3(c). The Motion **(ECF No. 9)** is **GRANTED**.

**IT IS SO ORDERED** on June 3, 2026.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE